**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00471-CV
_____

**ELLEN TAUB, INDIVIDUALLY AND AS REPRESENTATIVEOF THE ESTATE OF SAMUEL TAUB, Appellant**

**V.**

**VICTOR NARCISSE, M.D. AND DAVID HO, M.D., Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2013-41311**

## O R D E R

Appellant's brief was due July 27, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 25, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM